UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-183 (PAM/JGL)

LINDA M. CINCOTTA,

Plaintiff,

v.

**ORDER OF RECUSAL**

UNITED STATES MARSHALS SERVICE,

Defendant.

Pursuant the provisions of 28 U.S.C. §455(b)(5)(ii), the undersigned hereby recuses himself in this matter.

DATED: January 26, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED JAN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

New Magistrate in Magistrate Judge Erickson
Case # is now 00-183 PAM/RLE