UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda M. Cincotta, CIVIL 00-183 PAM/RLE

Plaintiff,

v.

United States Marshal Service,

Defendant.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated February 26, 1997, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: January 31, 2000

PAUL A. MAGNUSON, Chief Judge
United States District Court

FILED FEB 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CASE REASSIGNED TO JUDGE ANN D. MONTGOMERY AND MAGISTRATE ARTHUR J. BOYLAN. CASE # 00-183 ADM/AJB