UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL 00-183(ADM/AJB)

LINDA M. CINCOTTA,

PLAINTIFF,

v.

**ORDER OF RECUSAL**

U.S. MARSHALS SERVICE,

DEFENDANT.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

DATED: February 8, 2000.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED FEB 10 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Civil 00-183 DSD/JMM

Case reassigned to Judge David S. Doty and Magistrate Judge John M. Mason