UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-183(DSD/JMM)

Linda M. Cincotta,

Plaintiff,

v.

U.S. Marshals Service,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: February 28, 2000

David S. Doty, Judge
U.S. District Court

(5)

FILED 2-29-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Date: March 1, 2000 jr

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-00183 Cincotta v. US Marshal Services

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty / 2/28/00) Case reassigned to Judge Michael J. Davis per Ind Civil Rights list,Case referred to Magistrate Jonathan G. Lebedoff 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL