UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-183 MJD/RLE

LINDA M. CINCOTTA,

Plaintiff,

v.

UNITED STATES MARSHALS SERVICE,

Defendant.

**ORDER OF DISMISSAL**

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: 8-23-00

Michael J. Davis, Judge
United States District Court

AUG 23 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK